UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WIRELESSWERX IP, LLC,                                    Case No. 25-11147

      Plaintiff,                                          F. Kay Behm
v.                                                      United States District Judge


AUDI OF AMERICA, INC.,

      Defendant.
_____ /

### **JUDGMENT**

In accordance with the Opinion and Order issued on March 26, 2026, the

case is **DISMISSED**.

      **SO ORDERED**.

Date: March 26, 2026                          <u>s/F. Kay Behm</u>
                                              F. Kay Behm
                                              United States District Judge

1